# THE SCHER LAW FIRM, LLP

600 OLD COUNTRY ROAD, SUITE 440
GARDEN CITY, NY 11530

MARTIN H. SCHER*
JONATHAN L. SCHER**

AUSTIN R. GRAFF*

TEL: 516-746-5040

FAX: 516-746-5043

W. SCOTT KERSHAW
COUNSEL

MICHAEL SCHILLINGER
COUNSEL

ROLAND P. BRINT
COUNSEL

ADAM GANG
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

\* Also Admitted in District of Columbia
\* Also Admitted in New Jersey

July 20, 2023

**BY ECF**
Hon. Lois Bloom, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Cutchin, *et al* v. Howard, *et al.*
     E.D.N.Y. Docket No. 21-cv-3162 (KAM)(LB)

Dear Magistrate Judge Bloom:

This law firm represents the Defendants in the above-referenced Action. This letter has been reviewed and consented to by Plaintiffs' counsel.

Over the last several weeks, the parties have begun to engage in settlement discussions in an attempt to resolve this matter. The Defendants have made an offer and the Plaintiffs have made a demand. The parties are a distance apart, but defendants believe that with judicial intervention and judicial assistance, the parties can reach a resolution to resolve this Action.

Previously, the parties attempted to resolve this Action using a private mediator, but were unsuccessful. However, Defendants believe that a settlement conference before the Court could be a very helpful next step in trying to reach a compromised solution to this litigation. Plaintiffs are willing to attend a settlement conference and the parties agree that they are in a better position today than they were in the past to try and reach settlement.

Accordingly, the parties are jointly requesting an in-person settlement conference (with the individual plaintiffs granted leave to appear by counsel with telephonic availability) that fits within the Court's calendar on any of the following dates: August 16, 2023 or August 23, 2023.

Thank you for your courtesies in this matter.

Respectfully submitted,

THE SCHER LAW FIRM, LLP

Austin Graff

ARG:ms
cc:  Gabriel Harvis, Esq. (by ECF)

H:\Call-A-Head\Litigation\Cutchin v. Howard - FLSA\Settlement\7-5-2023 letter to Court re settlement conference_d1.docx