

**eeplaw.com**
**80 Pine Street, 38th Floor**
**New York, New York 10005**
**T. 212.532.1116 F. 212.532.1176**

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

October 13, 2023

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cutchin, et al. v. Howard, et al.*, 21 CV 3162 (KAM) (LB)

Your Honor:

I represent plaintiffs in the above referenced action. I write jointly with defendants pursuant to the order dated September 12, 2023, to respectfully provide a status report in advance of the telephone conference scheduled for October 18, 2023.

If it should please the Court, plaintiffs' expert has now completed its review of the time and payroll records provided by defendants. Based on our expert's analysis, plaintiffs have conveyed a revised demand to defendants reducing the amount sought by plaintiffs by over sixty percent.

The parties have conferred and agree that their negotiations would benefit from plaintiffs' production of a Rule 26(a)(2) expert report summarizing the expert's findings and calculations. The parties respectfully propose that a timeframe for the exchange of that report and a counteroffer from defendants be set at the conference next week.

Thank you for your attention to this matter.

Respectfully submitted,

Gabriel P. Harvis

cc: Defense Counsel