Jerome W. Jamison
647 Albany Avenue 4B
Brooklyn, New York
March 17 2025



United States Magistrate Judge Lois Bloom

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Subject: Breach of Contract Regarding Non-Payment of Settlement

Dear Judge Bloom,

I am writing to formally bring to the Court's attention a breach of contract regarding the non-payment of a settlement agreement in a matter involving Steven Cutchin, et al. and Charles W. Howard, Call-A-Head Corp. Docket No.21CV 3162(LB)

On September 12, 2024, both parties entered into a legally binding settlement agreement under which Charles W. Howard was obligated to make payments totaling 1,300,000 in accordance with the agreed-upon terms. However, as of March 17, 2025, the defendant has failed to fulfill their obligations, violating the agreement and causing financial harm to me.

Despite multiple attempts to resolve the matter amicably, with our Lawyer and the Settlement Administrator they have not responded or remitted the payments as required. Their failure to comply constitutes a material breach of the settlement agreement, warranting legal action.

I respectfully request that the Court take appropriate action to enforce the settlement agreement and compel the defendant to make the outstanding payments. I am prepared to provide copies of the signed agreement, records of correspondence, and any other relevant documentation to support my claim.

Please advise on the next steps required to proceed with filing an enforcement motion or any other legal recourse available in this matter. Should any additional information or documentation be required, I am happy to provide it promptly.

Thank you for your time and attention to this matter. I look forward to the Court's guidance on how to proceed.

Sincerely,

Jerome W. Jamison

(347) 961-4457

Jeromejam21@gmail.com

United States Magistrate
Judge Lois Bloom